**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Giovanni A. Hernandez<br>                  <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 16-18383 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

                                      Respectfully submitted,

                                      **<u>/s/Brian C. Nicholas, Esquire</u>**
                                      Brian C. Nicholas, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322 FAX (215) 627-7734