**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       GIOVANNI A. HERNANDEZ,       :       Chapter 7
                                          :
             Debtor                       :       Bky. No.  16-18383 ELF

# O R D E R

   **AND NOW,** it is hereby **ORDERED** that

1. A **STATUS HEARING** in the above case is **SCHEDULED** on  **March 8, 2017, at 10:00 a.m.,** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA.

2. The Debtor's counsel **SHALL ATTEND** the hearing.


Date: February 22, 2017

                                          ERIC L. FRANK
                                          CHIEF U.S. BANKRUPTCY JUDGE


cc:    Giovanni A Hernandez
       8754 Jackson Street
       Philadelphia, PA 19136