United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                       Case No. 16-18383-elf
Giovanni A Hernandez                                                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP                    Page 1 of 1                    Date Rcvd: Feb 22, 2017
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Giovanni A Hernandez,   8754 Jackson Street,    Philadelphia, PA 19136-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
          PAUL H. YOUNG    on behalf of Debtor Giovanni A Hernandez ykassoc@gmail.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Giovanni A. Hernandez<br>　　　　　　　　　　　Debtor | CHAPTER 7 |
| Lakeview Loan Servicing, LLC<br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　　　　　Movant<br>　　vs. | NO. 16-18383 ELF |
| Giovanni A. Hernandez<br>　　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Gary F. Seitz<br>　　　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this 22nd day of February, 2017 at Philadelphia, it is hereby **ORDERED** that

The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 8754 Jackson Street, Philadelphia, PA 19136 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**