United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18383-elf
Giovanni A Hernandez                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Feb 22, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
db         +Giovanni A Hernandez,   8754 Jackson Street,   Philadelphia, PA 19136-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bkgroup@kmllawgroup.com
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
      PAUL H. YOUNG    on behalf of Debtor Giovanni A Hernandez ykassoc@gmail.com, ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    GIOVANNI A. HERNANDEZ,    :    Chapter 7
                                                              :
                  Debtor                              :    Bky. No. 16-18383 ELF

# O R D E R

**AND NOW,** it is hereby **ORDERED** that

1. A **STATUS HEARING** in the above case is **SCHEDULED** on  March 8, 2017, at 10:00 a.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA.

2. The Debtor's counsel **SHALL ATTEND** the hearing.

Date: February 22, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:    Giovanni A Hernandez
         8754 Jackson Street
         Philadelphia, PA 19136