United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Giovanni A Hernandez  
    Debtor

Case No. 16-18383-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Mar 17, 2017  
                         Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.  
db          +Giovanni A Hernandez,   8754 Jackson Street,   Philadelphia, PA 19136-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:

         BRIAN CRAIG NICHOLAS     on behalf of Creditor     Lakeview Loan Servicing, LLC  
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON     on behalf of Creditor     Lakeview Loan Servicing, LLC  
           bkgroup@kmllawgroup.com  
         GARY F. SEITZ     gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com  
         PAUL H. YOUNG     on behalf of Debtor Giovanni A Hernandez ykassoc@gmail.com,   ykaecf@gmail.com,  
           paullawyers@gmail.com,pyoung@ymalaw.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Giovanni A Hernandez                                                        : Case No. 16−18383−elf
       Debtor(s)

### ORDER
_____

AND NOW, this day , March 17, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

34
Form 195